IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| APPALACHIAN VOICES *et al.* ) | |
| ) | Case No. 3:23-cv-00604 |
| v. ) | Judge Richardson |
| ) | Magistrate Judge Holmes |
| TENNESSEE VALLEY AUTHORITY ) | |

**FIRST MODIFIED SCHEDULING ORDER**

It has come to the Court's attention that the Scheduling Order entered on September 19, 2023 (Docket No. 23) inadvertently omitted a deadline for Defendant Tennessee Valley Authority's fling of a reply in support of its motion for summary judgment. Accordingly, the Scheduling Order is modified by replacing the provision for TVA's reply in support of TVA's motion for summary judgment (*id*. at 8) with the following:

**TVA's Reply in Support of TVA's Motion for Summary Judgment:** TVA may file an optional reply in support of its motion for summary judgment, which shall not exceed 10 pages, by no later than **July 26, 2024**.

All other scheduling deadlines and provisions found in the Scheduling Order remain unchanged and in full force and effect.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge