UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| APPALACHIAN VOICES, CENTER FOR BIOLOGICAL DIVERSITY, and SIERRA CLUB, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 3:23-cv-00604 |
| v. | ) DISTRICT JUDGE RICHARDSON<br>) MAGISTRATE JUDGE HOLMES |
| TENNESSEE VALLEY AUTHORITY, | ) |
| Defendant. | ) |

## JOINT MOTION FOR ORAL ARGUMENT

The parties respectfully request oral argument on Plaintiffs Appalachian Voices, the Center for Biological Diversity, and Sierra Club's pending Motion to Complete the Administrative Record, ECF No. 28.

Oral argument is justified because Plaintiffs seek an order compelling TVA to include additional documents and materials in the administrative record for the Cumberland Fossil Plant Retirement Final Environmental Impact Statement, and the parties dispute whether the documents and materials identified in Plaintiffs' motion (ECF No. 28) should be made a part of the administrative record. The Court may wish to ask clarifying questions about the applicable law, the request categories set forth in Plaintiffs' motion, or the documents and materials referenced therein. Accordingly, oral argument is requested to make counsel available to answer any questions the Court may have.

1

For the foregoing reasons, the parties respectfully request that the Court schedule oral argument on Plaintiffs' pending Motion to Complete the Administrative Record.

DATE: March 8, 2024

Respectfully submitted,

/s David D. Ayliffe
David D. Ayliffe (TN BPR 024297)
Associate General Counsel
F. Regina Koho (TN BPR 029261)
Lane E. McCarty (TN BPR 028340)
Sydney D. Nenni (TN BPR 038898)
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.2396
ddayliffe@tva.gov
frkoho@tva.gov
lemccarty@tva.gov
sschaefer0@tva.gov

*Counsel for Tennessee Valley Authority*

/s Gregory Buppert
Gregory Buppert, TN BPR No. 024340[1]
Deirdre Dlugoleski, VA Bar No. 99327,
admitted *pro hac vice*
SOUTHERN ENVIRONMENTAL LAW CENTER
120 Garrett Street, Suite 400
Charlottesville, VA 22902
Telephone: (434) 977-4090
Facsimile: (434) 993-5549
gbuppert@selcva.org
ddlugoleski@selcva.org

O.W. "Trey" Bussey, TN BPR No. 037814
Amanda Garcia, TN BPR No. 033773
SOUTHERN ENVIRONMENTAL LAW CENTER
1033 Demonbreun Street, Suite 205
Nashville, TN 37203
Telephone: (615) 921-9470
Facsimile: (615) 921-8011
tbussey@selctn.org
agarcia@selctn.org

*Counsel for Appalachian Voices, the Center for Biological Diversity, and Sierra Club*

---

[1] As required by Local Rule 83.01(d)(3), Mr. Buppert is a member of the Tennessee bar and has provided his Tennessee Board of Professional Responsibility number.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2024, I served a copy of the foregoing document on the following parties via the Court's electronic case filing system:

    David Ayliffe, Director of Litigation
    Frances Regina Koho, Attorney
    Lane E. McCarty, Attorney
    Sydney D. Nenni, Attorney
    Office of the General Counsel
    Tennessee Valley Authority
    400 West Summit Hill Drive
    Knoxville, TN 37902

                                                              */s Gregory Buppert*
                                                              Gregory Buppert
                                                              SOUTHERN ENVIRONMENTAL LAW CENTER

                                                             *Counsel for Appalachian Voices, the Center for Biological Diversity, and Sierra Club*