IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| APPALACHIAN VOICES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:23-cv-00604 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| TENNESSEE VALLEY AUTHORITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

On March 29, 2024, Plaintiffs filed an unopposed motion (Doc. No. 33, "Motion") to extend the summary judgement briefing schedule to allow time for a resolution of Plaintiffs' "Motion to Complete the Administrative Record" (Doc. No. 28) that is currently pending.

The Motion is **GRANTED** as unopposed, and the summary judgment deadlines are reset as follows: Plaintiffs' motion for summary judgment and supporting memorandum is due April 19, 2024; Defendant's combined motion for summary judgment and response is due May 31, 2024; Plaintiffs' combined response and reply is due June 28, 2024; and Defendant's reply is due July 26, 2024.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE