IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| APPALACHIAN VOICES, et al., | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:23-cv-00604 |
| | ) JUDGE RICHARDSON |
| TENNESSEE VALLEY AUTHORITY, | ) |
| Defendant. | ) |

## ORDER[1]

On March 29, 2024, Plaintiffs filed an unopposed motion (Doc. No. 33, "Motion") to suspend the summary judgement briefing schedule to allow time for a resolution of Plaintiffs' "Motion to Complete the Administrative Record" (Doc. No. 28) that is currently pending.

The Motion is **GRANTED** as unopposed, and the following summary judgment deadlines are suspended: Plaintiffs' motion for summary judgment and supporting memorandum is due April 19, 2024; Defendant's combined motion for summary judgment and response is due May 31, 2024; Plaintiffs' combined response and reply is due June 28, 2024; and Defendant's reply is due July 26, 2024.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] The Order at Doc. No. 35 contains a scrivener's error in that it purported to "reset" the briefing schedule to the same dates previously set. Pursuant to Fed. R. Civ. P. 36, the Court hereby orders the Clerk to STRIKE Doc. No. 35 and enter this Order correcting the scrivener's error.