IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **APPALACHIAN VOICES** *et al.* ) | |
| ) | **Case No. 3:23-cv-00604** |
| v. ) | **Judge Richardson** |
| ) | **Magistrate Judge Holmes** |
| **TENNESSEE VALLEY AUTHORITY** ) | |

**O R D E R**

    Following the Court's order of April 29, 2024 (Docket No. 37) granting in part Plaintiffs' motion to complete the administrative record (Docket No. 28), Plaintiffs filed a motion to clarify the Court's ruling. (Docket No. 38.) The parties are hereby notified that the Court will hear any additional argument on the motion to clarify at the hearing presently set for May 16, 2024. *See* Docket No. 37 at 19.[1] Because the time for Defendant to respond to the motion has not yet expired, and the Court anticipates taking all matters argued under advisement, the Court will permit the parties to submit post-hearing filings as to the issues raised in Plaintiffs' motion to clarify. Or, if Defendant so desires, it may file a response to Plaintiffs' motion (Docket No. 38) prior to the hearing, provided such response is filed by no later than **5:00 p.m. (CDT) on May 15, 2024**.

    Further, the time for any party to seek review of the Court's April 29, 2024 order (Docket No. 37) pursuant to Local Rule 72.01 is **SUSPENDED** pending a final determination of Plaintiffs' motion to clarify.

    It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] To be clear, the Court does not intend to hear argument as to the entire merits of the matters decided by the April 29 order. The additional permitted arguments will be limited to those made in Plaintiffs' motion to clarify.