UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

APPALACHIAN VOICES, CENTER FOR
BIOLOGICAL DIVERSITY, and SIERRA
CLUB,
Plaintiffs,

v.  No. 3:23-CV-00604

TENNESSEE VALLEY AUTHORITY,
Defendant.

## NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD

Pursuant to Local Rule 83.01(g), Defendant Tennessee Valley Authority ("TVA") hereby gives notice of the withdrawal of David D. Ayliffe as counsel of record for Defendant in the above-captioned civil action because Mr. Ayliffe has retired from TVA employment. The withdrawal of Mr. Ayliffe will have no material adverse effect upon Defendant's interests as Regina Koho and Lane McCarty remain as counsel of record and will continue representing TVA in this action, nor will Mr. Ayliffe's withdrawal delay any other pending matters in this case.

Respectfully submitted,

*s/F. Regina Koho*
F. Regina Koho (TN BPR 029261)
Assistant General Counsel
Lane E. McCarty (TN BPR 028340)
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.2410
frkoho@tva.gov

Attorneys for Tennessee Valley Authority

131252966

## CERTIFICATE OF SERVICE

I certify that on June 3, 2025, the foregoing Notice of Withdrawal of Counsel of Record was filed electronically through the Court's ECF system on the date shown in the document's ECF footer. Notice of this filing will be sent by operation of the Court's ECF system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system:

Amanda Rosemary Garcia, Esq.
O.W. "Trey" Bussey, III, Esq.
1033 Demonbreun St., Suite 205
Nashville, Tennessee 37203
615.921.9470
agarcia@selctn.org
tbussey@selctn.org

Gregory D. Buppert, Esq.
120 Garrett Street, Suite 400
Charlottesville, Virginia 22902
434.977.4090
gbuppert@selcva.org

Attorneys for Plaintiffs

*s/F. Regina Koho*
F. Regina Koho (TN BPR 029261)
Attorney for Defendant