UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| APPALACHIAN VOICES, CENTER FOR BIOLOGICAL DIVERSITY, and SIERRA CLUB, </br></br> Plaintiffs, </br></br> v. </br></br> TENNESSEE VALLEY AUTHORITY, </br></br> Defendant. | Case No. 3:23-cv-00604 </br> Judge Richardson </br> Magistrate Judge Holmes |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully provide notice of a relevant memorandum of law and order issued by the court in *Appalachian Voices et al. v. Tennessee Valley Authority*, No. 3:24-cv-411, 2025 WL 3172103 (E.D. Tenn. Nov. 13, 2025). In that memorandum (Dkt. No. 33) and order (Dkt. No. 34), the United States District Court for the Eastern District of Tennessee addressed identical legal issues in a similar factual context as are presented in Defendant's pending Rule 72(a) Motion to Review Nondispositive Orders of Magistrate Judge Partially Granting Plaintiffs' Motion to Complete the Administrative Record, Doc. No. 51, in this case.

Respectfully submitted,

*s/ O. W. "Trey" Bussey*
O.W. "Trey" Bussey, TN BPR No. 037814
Amanda Garcia, TN BPR No. 033773
SOUTHERN ENVIRONMENTAL LAW CENTER
1033 Demonbreun Street, Suite 205
Nashville, TN 37203
Telephone: (615) 921-9470
Facsimile: (615) 921-8011
tbussey@selc.org
agarcia@selc.org

Gregory Buppert, TN BPR No. 024340[1]
SOUTHERN ENVIRONMENTAL LAW CENTER
120 Garrett Street, Suite 400
Charlottesville, VA 22902
Telephone: (434) 977-4090
Facsimile: (434) 993-5549
gbuppert@selc.org

*Counsel for Appalachian Voices, Center for Biological Diversity, and Sierra Club*

---

[1] As required by Local Rule 83.01(d)(3), Mr. Buppert is a member of the Tennessee bar and has provided his Tennessee Board of Professional Responsibility number.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2025, I served a copy of the foregoing document on the following parties via the Court's electronic case filing system:

Frances Regina Koho, Attorney
Lane E. McCarty, Attorney
Sydney D. Nenni, Attorney
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902

*s/ O.W. "Trey" Bussey*
O.W. "Trey" Bussey
SOUTHERN ENVIRONMENTAL LAW CENTER

*Counsel for Appalachian Voices, Center for Biological Diversity, and Sierra Club*